**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JOSHUA T. DETHERAGE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-26-257-G |
| | ) |
| TOMMY JOHNSON III et al., | ) |
| | ) |
|    Defendants. | ) |

## ORDER

Plaintiff Joshua T. Detherage, a state prisoner appearing pro se, filed this civil action on February 11, 2026. *See* Compl. (Doc. No. 1). In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Amanda L. Maxfield for preliminary review.

Judge Maxfield issued a Report and Recommendation recommending that this case be dismissed without prejudice due to Plaintiff's failure to comply with the Court's order to either cure the deficiencies in his application for leave to proceed *in forma pauperis* or pay the required filing fee. *See* R. & R. (Doc. No. 9) at 1-3. In the Report and Recommendation, Judge Maxfield advised Plaintiff of his right to object by May 18, 2026. *See id.* at 3. Judge Maxfield further advised that failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation. *See id.*

Plaintiff did not file an objection to the Report and Recommendation or request additional time to do so. Plaintiff has submitted another *in forma pauperis* application

(Doc. No. 10); the application fails to remedy the deficiencies cited by the Report and Recommendation or address Judge Maxfield's findings or conclusions, however.

CONCLUSION

No objection having been filed, the Report and Recommendation (Doc. No. 9) is ADOPTED in its entirety.

Plaintiff's Complaint (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE.  A separate judgment shall be entered.

IT IS SO ORDERED this 30th day of June, 2026.

_____
CHARLES B. GOODWIN
United States District Judge